AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __NEW JERSEY__ on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO.<br>09-5996 | DATE FILED<br>11/24/09 | U.S. DISTRICT COURT<br>NEW JERSEY |
|---|---|---|
| PLAINTIFF<br>FIELDTURF USA, INC. And TARKETT, INC. | | DEFENDANT<br>HELLAS CONSTRUCTION, INC. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 3,665,938 | AUG. 11, 2009 | FIELDTURF TARKETT INC. (CANADA CORPORATION) |
| 2 | | | EXHIBIT A ATTACHED |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|   |

| CLERK<br>WILLIAM T. WALSH | (BY) DEPUTY CLERK<br>DIANNE C. RICHARDS | DATE<br>12/1/09 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy

# EXHIBIT A

Int. Cl.: 27

Prior U.S. Cls.: 19, 20, 37, 42 and 50

**United States Patent and Trademark Office**

Reg. No. 3,665,938
Registered Aug. 11, 2009

TRADEMARK
PRINCIPAL REGISTER

# PRESTIGE

FIELDTURF TARKETT INC. (CANADA CORPORATION)
8088 MONTVIEW ROAD
TMR-MONTREAL, CANADA H4P2L7

FOR: SYNTHETIC GRASS SYSTEMS COMPRISED PRIMARILY OF ARTIFICIAL TURF FOR THE PLAYING OF SOCCER, AMERICAN FOOTBALL, LACROSSE, FIELD HOCKEY, CRICKET, GOLF AND OTHER ATHLETIC ACTIVITIES, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 5-31-2001; IN COMMERCE 5-31-2001.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-550,609, FILED 8-19-2008.

JOHN DALIER, EXAMINING ATTORNEY